(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
07/22/2025
Clerk, U.S. District Court
Western District of Texas

By: ___Vm___
Deputy

**UNITED STATES OF AMERICA** §
vs. § CASE NUMBER: **EP:25-M -03408(1) RFC**
**(1) HAROLD LUIS PANTOJA-GARCIA** §

Defendant.

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Harold Pantoja-Garcia, was represented by counsel, Damian Ryan George Rasmussen and mentee / co-counsel James Wayne Wolff.

The defendant pled guilty to the Amended Petty Information on July 22, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8:1325(a)(1) | Improper Entry by An Alien | 06/12/2025 |

As pronounced on July 22, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus (1) one business day**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 22nd day of July, 2025.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE